IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCHYLER L. ECHOLS, #298 676, | ) |
| Plaintiff, | ) |
| v. | ) CASE. 2:22-CV-37-WHA-SRW |
| MRS. MONCRIEF, et al., | ) |
| Defendants. | ) |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 29, 2022. Doc. 10.  There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 10) is ADOPTED.

2. Plaintiff's Complaint is DISMISSED without prejudice and prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final Judgment will be entered separately.

Done, this 4th day of May 2022.

　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE